## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

## (TO BE FILED UNDER SEAL)

In support of the attached complaint, I, Special Agent (SA) J. Christopher Smith, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I submit this affidavit in support of a criminal complaint for an arrest warrant for Mayo Pickens for violating Title 21, United States Code, Sections 841 and 846, for conspiring to possess with intent to distribute cocaine in the District of South Carolina. This affidavit is intended to show only that there is sufficient probable cause for the criminal complaint and requested arrest warrant and does not set forth all of my knowledge about this matter.

2. I am an investigative or law enforcement officer of the United States within the meaning of Title 21, United States Code, Section 878. I am employed with the U.S. Drug Enforcement Administration (DEA) as a Special Agent and have been so employed since March 2004. Before transferring to the Greenville, South Carolina Resident Office (GRO), I was assigned to the Portland, Oregon District Office from September 2004 until February 2011, and to the Johnson City, Tennessee Post of Duty from February 2011 through August 2016. Prior to my employment with the DEA, I was an employee of the Spartanburg County Sheriff's Office (SCSO), where I was employed for approximately eight years. During my tenure with the SCSO, I worked as a Narcotics Investigator for four years, with two of those years spent as a Task Force Officer assigned to the DEA Task Force in Greenville, South Carolina. During my time as both a Federal and Local drug investigator, I have written numerous search and arrest warrants, pen register and trap and trace affidavits, and several affidavits for Title III (wiretap) investigations. Additionally, I have

1

regularly purchased and sold narcotics while working in an undercover capacity and frequently utilized the services of informants and other confidential sources of information. I am familiar with the terminology and distribution methods used by drug traffickers, as well as the methods of packaging, transporting, and ingesting numerous types of controlled substances. I have received training, both formal and informal, in the investigation of violations of controlled substance offenses, including several schools regarding general narcotics investigation. In addition, I have completed the DEA Basic Agent Training in Quantico, Virginia. I have participated in the investigation, arrest, and prosecution of numerous drug traffickers, and I have had advanced training in asset forfeiture and financial investigations.

3. Further, as it relates particularly to this affidavit, your affiant has good reason to believe and does believe that all the information provided to him by law enforcement pertaining to this investigation is credible and true.

4. Your affiant alleges that the defendant, Mayo Pickens, knowingly, intentionally, and unlawfully did conspire to possess with intent to distribute a quantity of a mixture or substance containing a detectable amount of cocaine, a Schedule I controlled substance, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 846. I respectfully submit that the following establishes probable cause in support of the complaint and the requested arrest warrant.

**PROBABLE CAUSE**

- In June of 2025, Greenville, SC DEA agents developed a confidential source[1] ("CS") who had information about the drug trafficking activity of Mayo Pickens from Anderson, SC.[2]

---

[2] CS is cooperating with law enforcement in exchange for financial compensation. CS previously provided

The CS stated within the last month Pickens contacted him/her and advised that he was in possession of 100 kilograms of cocaine, and he owed his "cartel" source approximately 1.4 million dollars. Pickens wished to distribute the cocaine in 5-10 kilograms increments, and told the CS that he would sell it to the CS for $16,500 per kilogram.

5. Agents directed the CS to contact Pickens and say that he wanted to purchase 10 kilograms of cocaine, but first wanted to purchase 1 kilogram as a sample to test the quality. Pickens agreed and they planned to meet the following Thursday, June 26, 2025.

6. On the morning of June 26, 2025, Pickens told the CS to come to 809 W. Franklin Street, Anderson, SC. At 8:57 a.m., Pickens asked how long until the CS arrived. The CS said he/she would be around 10:45 p.m. At approximately 9:35 a.m., Detective Jay Baker observed Pickens GMC Yukon traveling on Airline Drive. Agents and detectives then followed Pickens from Airline Drive to 123 Knowlandwood Circle, Anderson, SC.

7. At approximately 10:23 a.m., agents met with the CS and searched the CS and the CS's vehicle, finding nothing illegal. Agents gave the CS $16,500 for the purchase of the kilogram of cocaine and an audio/video recording device. Agents then followed the CS directly to 809 W. Franklin Street, where they maintained surveillance on the CS.

8. At approximately 10:30 a.m. agents conducting surveillance of Pickens, observed his black GMC Yukon leave 123 Knowlandwood Circle, Anderson, SC, and travel to 116 Woodfern Drive, Anderson, SC, where they observed him get out to the GMC Yukon and go to a small sedan parked in the driveway. Pickens leaned in the car briefly and then returned to

---

information to DEA agents which was independently verified. CS does have prior felony convictions to include Possession of a Firearm, Driving Under Suspension, Unlawful use of or Fraud Applic for Lic, Application for License and Financial Transaction Card Fraud. Portions of the CS's information has been corroborated through alternative investigative techniques, such as reviewing the communication between CS and Pickens from within CS's phone. Additionally, the controlled purchase of narcotics discussed above was electronically monitored and observed by multiple law enforcement officers.

his GMC Yukon. Agents then followed Pickens to 603 Owen Drive. Agents observed Pickens get out to the GMC Yukon and walked a short distance to 809 W. Franklin Street, Anderson, SC, where he met the CS. Pickens then took the CS inside and removed the kilogram of cocaine from his waistband and gave it to the CS. The CS then gave Pickens $16,500. The CS asked about a quicker way to the interstate and Pickens said to follow him. Agents then followed Pickens and the CS to a gas station on E. River Street in Anderson.

9. One group of agents followed Pickens back to 123 Knowlandwood Circle. Another group of agents followed the CS to a safe meeting location, where the CS relinquished what appeared to be a kilogram of cocaine stamped "KQ" (1,129 gross grams) which tested positive for the presence of cocaine. Agents then searched the CS and the CS's vehicle, finding nothing illegal.

10. At approximately 12:30 p.m., agents observed Pickens's GMC Yukon leave 123 Knowlandwood Circle. Soon thereafter ACSO sheriff's deputies stopped Pickens at E. Shockley Road and Coe Road for a traffic offense. In a subsequent search of the vehicle deputies found a Ruger .38 caliber handgun in the center console. Deputies then arrested Pickens and transported him to the Anderson County Sheriff's Office.

11. Following the stop of Pickens, your affiant obtained federal search warrant for 123 Knowlandwood Circle, Anderson, SC.

12. At approximately 6:26 p.m., agents executed a federal search warrant at 123 Knowlandwood Circle. Inside the residence agents found approximately 74 kilograms of cocaine in a back bedroom, along with a .40 caliber handgun and a .300 Blackout rifle. In

a kitchen cabinet, agents found an open kilogram of cocaine in a Ziploc bag, which tested positive for the presence of cocaine. Agents also found a Draco 7.62 firearm in the kitchen.

13. All kilograms of cocaine in the residence were stamped "KQ," the same as the kilogram agents purchased from PICKENS.

## CONCLUSION

14. Based on the above facts, your Affiant requests an arrest warrant be issued for the defendant for violations of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 846.

J. Christopher Smith  
Special Agent, DEA

Subscribed to and sworn before me on June 30, 2025.

The Honorable William S. Brown  
United States Magistrate Judge  
District of South Carolina